United States Bankruptcy Court
Southern District of Georgia

In re:
Timothy A Wood
Katherine A Wood
    Debtors

Case No. 14-41804-LWD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113J-4      User: rcreel      Page 1 of 2      Date Rcvd: Jan 09, 2015
                  Form ID: GASB62    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2015.
```
db/jdb         +Timothy A Wood,    Katherine A Wood,    24 Laurel Bay Drive,    Fort Stewart, GA 31315-2837
6368058        +AER (),    200 Stovall Street,    Alexander VA 22332-4013
6368060         Allstate Property and Casualty Ins Co,    PO Box 660642,    Dallas TX 75266-0642
6368061        +Ashley Mills Apartments,    1250 Powder Springs Rd,    Marietta GA 30064-5244
6408316        +Capital One Auto Finance,    Division of Capital One, N.A.,    PO Box 9013,
                 Addison, Texas 75001-9013
6368063        +Cnac - Ri101,    615 Reservoir Ave,    Cranston RI 02910-1633
6368064        +Coastal Credit Llc-c,    3852 Virginia Beach Blvd,    Virginia Beach VA 23452-2438
6368066       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:  Directv,    PO Box 11732,    Newark NJ 07101-4732)
6368065        +Direct Automotive,    4923 Hwy 74W,    Monroe NC 28110-8455
6368067        +Diversified,    P O Box 551268,    Jacksonville FL 32255-1268
6378692        +EquityAuto Loan, LLC d/b/a Instaloan,    15 Bull Street, Suite 200,    Savannah, GA 31401-2686
6368074        +Mariner Finance,    6107b Yadkin Road,    Fayetteville NC 28303-2650
6368076        +National Recovery Agen,    2491 Paxton St,    Harrisburg PA 17111-1036
6368078        +Online Collections G,    Po Box 1489,    Winterville NC 28590-1489
6368080        +PWC Electrical Co,    Attn: Billing - Bankruptcy Noticing,    955 Old Wilmington Road,
                 Fayetteville NC 28301-6307
6368079        +Pioneer/mac Inc,    4000 S Eastern Ave Ste 3,    Las Vegas NV 89119-0824
6368081        +Receivables Performanc,    20816 44th Ave W,    Lynnwood WA 98036-7744
6368085        +United Consumer Financial Services,    865 Bassett Rd,    Westlake OH 44145-1194
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6388774        +E-mail/Text: g20956@att.com Jan 09 2015 19:12:39     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
6368059        +E-mail/PDF: recoverybankruptcy@afninet.com Jan 09 2015 19:15:02      Afni,
                 Attention: Bankruptcy,    1310 Martin Luther King Dr,    Bloomington IL 61701-1465
6368071         E-mail/Text: BankruptcyNotices@aafes.com Jan 09 2015 19:10:59     EXCHANGE CREDIT PROGRAM,
                 PO BOX 650410,    Dallas TX 75265
6368075         E-mail/Text: BankruptcyNotices@aafes.com Jan 09 2015 19:10:59     Military Star,
                 3911 S Walton Walker Blv,    Dallas TX 75236
6368062        +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jan 09 2015 19:12:52
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano TX 75093-7892
6368068        +E-mail/Text: bknotice@erccollections.com Jan 09 2015 19:12:10     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville FL 32256-7412
6368069        +Fax: 912-629-1539 Jan 09 2015 20:09:02     Equity Auto Loans Ll,    15 Bull Street Suite 200,
                 Savannah GA 31401-2686
6369892        +E-mail/Text: dwalikangas@freedomfe.com Jan 09 2015 19:12:42     Freedom Acceptance Corp,
                 1150 E. LITTLE CREEK RD SUITE 202,    NORFOLK, VA 23518-3826
6368072        +E-mail/Text: dwalikangas@freedomfe.com Jan 09 2015 19:12:42     Freedom Stores,
                 1150 E Little Creek Rd,    Norfolk VA 23518-3826
6368073         E-mail/Text: Bankruptcies@Greystonepower.com Jan 09 2015 19:11:39     Greystone Power Corp,
                 4040 Bankhead Hwy,    Douglasville GA 30134-4313
6368082        +E-mail/Text: bankruptcy@sw-credit.com Jan 09 2015 19:12:07     Southwest Credit Sys,
                 4120 International Pkwy,,    Carrollton TX 75007-1958
6368083        +E-mail/Text: bankruptcy@sw-credit.com Jan 09 2015 19:12:07     Southwest Credit Syste,
                 4120 International Parkway Suite 1100,    Carrollton TX 75007-1958
6383776         E-mail/Text: bankruptcy@td.com Jan 09 2015 19:12:09     TD Bank N.A.,    Attn: Lewis R Richards,
                 P.O. Box 9547,    Portland, ME 04112-9547
6368084        +E-mail/Text: bankruptcy@td.com Jan 09 2015 19:12:09     Td Banknorth Mass,
                 Td Bank/Attn: Bankruptcy,    Po Box 1377,    Lewiston ME 04243-1377
6390430        +E-mail/Text: bnc@bass-associates.com Jan 09 2015 19:10:42
                 United Consumer Financial Services,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
6368086        +E-mail/Text: tamara.pair@wellstar.org Jan 09 2015 19:11:42     WellStar Kennestone Hospital,
                 Attn: Bankruptcy Noticing - Billing,    677 Church Street,    Marietta GA 30060-1148
                                                                                              TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6368070          Escallate Llc
6368077       ##+Onemain Financial,    Po Box 499,    Hanover MD 21076-0499
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113J-4           User: rcreel                 Page 2 of 2               Date Rcvd: Jan 09, 2015
                               Form ID: GASB62              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2015 at the address(es) listed below:
              John E. Pytte    on behalf of Joint Debtor Katherine A Wood courtdocs@jpytte.com,
               attorneyjohnpytte@gmail.com
              John E. Pytte    on behalf of Debtor Timothy A Wood courtdocs@jpytte.com,
               attorneyjohnpytte@gmail.com
              O Byron Meredith, III    ecfsav1@ch13sav.com
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Timothy A Wood and Katherine A Wood**<br>    Debtors | Case No.:   14–41804–LWD<br>Judge:   Lamar W. Davis Jr.<br>Chapter:   13 |

### ORDER PURSUANT TO 11 U.S.C. § 521(i)

After notice and an opportunity for hearing, the Court finds that Debtor(s) has complied with the provisions of 11U.S.C. § 521(i) and is NOT SUBJECT TO AUTOMATIC DISMISSAL.



Lamar W. Davis Jr.
United States Bankruptcy Judge
PO Box 8347
Savannah, GA 31412

Dated **January 9, 2015**

*GASB−62 (Rev.03/07)* **RTC**