IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of )
)  Chapter 13
TIMOTHY A WOOD )  Case No. 14-41804-LWD
KATHERINE A WOOD )
24 LAUREL BAY DRIVE )
FORT STEWART, GA 31315 )
SSN: xxx-xx-2398 )
                Debtor )
)

## TRUSTEE'S REPORT OF CONFIRMATION

On Wednesday, February 18, 2015, the Bankruptcy Court confirmed the above debtor(s)' plan with payments of $792.00 MONTHLY for a period of 60 months. Disbursements shall be made by O. Byron Meredith III, Trustee, to the following creditors:

| Claim # | Cred # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|---|
| 00000 | 318 | JOHN E PYTTE | ATTORNEY FEE | $3,000.00 |
| 00000 | 614 | CLERK OF U S BANKRUPTCY CRT | FILING FEE | $235.00 |
| 00000 | 16027 | CLERK U S BANKRUPTCY COURT | NOTICE FEE | $75.00 |
| 00001 | 290091 | FREEDOM ACCEPTANCE CORP | SECURED | $7,628.00 |
| 00002 | 15203 | ARMY EMERGENCY RELIEF | UNSECURED | $1,782.17 |
| 00003 | 169857 | EQUITY AUTO LOAN | SECURED VEHICLE | $1,094.22 |
| 00004 | 269240 | TD BANK NA | UNSECURED | $4,911.31 |
| 00005 | 287343 | AT&T MOBILITY II LLC | UNSECURED | $1,483.48 |
| 00006 | 48254 | UNITED CONSUMER FINANCIAL SERV | SECURED | $768.80 |
| 00007 | 153996 | CAPITAL ONE AUTO FINANCE | SECURED VEHICLE | $9,379.66 |
| 00008 | 308219 | ARMY & AIR FORCE EXCHANGE SERVICES | SECURED | $2,977.33 |
| 00009 | 320929 | AMERICAN INFOSOURCE LP AS AGENT FOR | UNSECURED | $797.26 |
| 00010 | 324682 | WELL FARGO BANK NA | UNSECURED | $973.22 |
| 10006 | 48254 | UNITED CONSUMER FINANCIAL SERV | UNSECURED | $969.41 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Report of Confirmation have been forwarded by first class mail, postage prepaid, to the debtor(s), all parties listed above; and by electronic noticing on debtor(s)' attorney in this case.

Dated this  30  day of  April, 2015.


s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052