IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA

IN RE: )  Chapter 13
    TIMOTHY A WOOD )  Case No.  14-41804-EJC
    KATHERINE A WOOD )
    44 BUCKEYE PLACE )
    CAMERON, NC 28326-6167 )
                    Debtor(s) )

**REPORT OF NEW DEBTOR ADDRESS**

**Debtor Name:**    WOOD, TIMOTHY A

**Joint Debtor Name:**    WOOD, KATHERINE A

**Previous Address:**    24 LAUREL BAY DRIVE
                                 FORT STEWART, GA 31315

**New Address:**    44 BUCKEYE PLACE
                             CAMERON, NC 28326-6167

This <u>6TH</u> day of <u>SEPTEMBER</u>, 2017.

                                                                                 By: <u>s/ O. Byron Meredith III</u>
                                                                                      Chapter 13 Trustee
                                                                                      P.O. Box 10556
                                                                                      Savannah, GA 31412
                                                                                      (912) 234-5052
                                                                                      Georgia Bar No. 086660