UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE:                                                  CASE NO: 14-41804
TIMOTHY A WOOD
KATHERINE A WOOD                   CHAPTER 13
Debtor (s)

**NOTICE OF CLAIM SATISFACTION**

As to Claim #10 filed on 3/6/2015, WELLS FARGO BANK OVERDRAFT RECOVERY ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Allison Vaughan
Allison Vaughan
Operations Processor III
Wells Fargo Bank
PO Box 5014 MAC R4058-015
Roanoke, VA 24040-0014